HUSBAND AND WIFE—See Deed. Pauper Cases 11.

---

# I.

## INDICTMENT.

### No. 1.

**STATE** *against* **EMERY.** *Windham*, 1816.

INDICTMENT for larceny, to wit, stealing bank bills, in which the bills are thus described : "two five dollar bank bills or notes, and one two dollar bank bill or note, of the value of twelve dollars of the goods and chattels," &c. Held bad on demurrer.

The Indcitment ought to have stated the bills contained a promise to pay money, or perform some contract or argreement, under the Statute.

---

### No. 2.

**STATE** *against* **CHILLIS.** *Addison*, 1818.

INDICTMENT charged, "that the prisoner felloniously was in bed with one Rosanna Blake, with an illicit, fellonious, and lascivious intent ; the said Chillis being the lawful husband of another woman."

Motion in arrest, after verdict.

By the Court. The Indictment ought to have charged the illicit intent to be between them, so that both had an illicit intention. An illicit intent in one party *only*, would constitute a different offence from that charged in the Indictment.

Judgment arrested.